IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

BATHILY MOUSSA,                        *

         Petitioner                    *

vs.                                    *
                                         CASE NO. 4:11-CV-163 (CDL)
CORRECTIONS CORP. OF AMERICA,          *
ERIC HOLDER, et al.,
                                       *
         Respondents
_____       *

<u>ORDER ON RECOMMENDATION OF DISMISSAL</u>

     This matter is before the Court pursuant to a Recommendation of Dismissal filed by the United States Magistrate Judge on June 27, 2012.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

     IT IS SO ORDERED, this 25th day of July, 2012.


                                   s/Clay D. Land
                                   _____
                                   CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE